Sean M. Carroll (SBN 027171)
**CLARK HILL PLC**
14850 N Scottsdale Road, Suite 500
Scottsdale, Arizona 85254
Telephone: (480) 684-1100
Email:  scarroll@clarkhill.com

*Attorneys for Defendant* SHIVANI SSS, LLC, dba Roadway Inn Downtown Phoenix

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| FERNANDO GASTELUM,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>SHIVANI SSS, LLC dba Rodeway Inn Downtown Phoenix,<br><br>　　　　　　　　　　Defendant, | Case No.: 2:17-CV- 03118-DLR<br><br>**NOTICE OF SETTLEMENT** |

　　　PLEASE TAKE NOTICE, that Defendant SHIVANI SSS, LLC, dba Rodeway Inn Downtown Phoenix ("Defendant"), together with Plaintiff Fernando Gastelum ("Plaintiff"), have agreed to settle this action.  Accordingly, the Parties respectfully request the Court continue all hearings presently scheduled before the Court and stay all other matters in this action for a period of sixty (60) days while the Parties negotiate and finalize settlement documents.  A proposed Order is filed concurrently herewith.

/ / /

/ / /

1

Dated this 28th day of November, 2017.

**CLARK HILL PLC**

By: *s/ Sean M. Carroll*
    Sean M. Carroll
    Clark Hill PLC
    14850 N. Scottsdale Rd., Suite 500
    Scottsdale, AZ 85254
    scarroll@clarkhill.com
    480-684-1158
    *Attorneys for Defendant SHIVANI SSS, LLC*

**STROJNIK, P.C.**

By: *s/ Peter Strojnik (with permission)*
    Peter Strojnik
    Strojnik, P.C.
    2375 East Camelback Rd., Suite 600
    Phoenix, AZ 85016
    *Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of November, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, and transmittal of a Notice of Service of Electronic Filing to the following CM/ECF registrants:

Peter Strojnik
ADA@strojnik.com

*s/ Joyce Johnston*

216538024.1 68409/322961