Sean M. Carroll, #027171
Christopher T. Curran, #032583
**CLARK HILL PLC**
14850 N Scottsdale Road, Suite 500
Scottsdale, Arizona 85254
Telephone: (480) 684-1100
Email: scarroll@clarkhill.com
ccurran@clarkhill.com

*Attorneys for Defendant Shivani SSS, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Fernando Gastelum,<br><br>Plaintiff,<br><br>v.<br><br>Shivani SSS, LLC dba Roadway Inn Downtown Phoenix,<br><br>Defendant. | Case No. 2:17-cv-03118-DLR<br><br>**STIPULATION TO DISMISS WITH PREJUDICE** |

Defendant Shivani SSS, LLC ("Defendant"), together with Plaintiff Fernando Gastelum ("Plaintiff"), hereby stipulate to dismiss the Complaint and this matter in its entirety, with prejudice, each party to bear their own attorneys' fees and costs. A proposed Order is filed concurrently herewith.

DATED this 25th day of January, 2018.

**CLARK HILL PLC**

By: *s/ Sean M. Carroll*
Sean M. Carroll, SBN #027171
Christopher T. Curran, SBN #032583
14850 N. Scottsdale Rd., Suite 500
Scottsdale, AZ 85254
*Attorneys for Defendant*

216802024.1 68409/322961

**STROJNIK, P.C.**

By: *s/ Peter Strojnik (with permission)*
Peter Strojnik, SBN #6464
2415 E. Camelback Rd., Suite 700
Phoenix, AZ 85016
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, and transmittal of a Notice of Service of Electronic Filing to the following CM/ECF registrants:

Peter Strojnik
ADA@strojnik.com

*s/ Joyce Johnston*

216802024.1 68409/322961