# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Fernando Gastelum,<br><br>            Plaintiff,<br><br>v.<br><br>Shivani SSS LLC,<br><br>            Defendant. | No. CV-17-03118-PHX-DLR<br><br>**ORDER** |

The Court has reviewed the parties' Stipulation to Dismiss with Prejudice. (Doc. 17.) For good cause shown,

**IT IS ORDERED** dismissing the Complaint and this matter in its entirety, with prejudice, each party to bear their own attorneys' fees and costs.

Dated this 25th day of January, 2018.

Douglas L. Rayes
United States District Judge